UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA JANE COFFMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:17-CV-2088-CKD<br><br><br><br>ORDER |

It is hereby ORDERED that plaintiff's Unopposed Motion to Exceed Page Limits is GRANTED.

Dated: March 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE